SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500    DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

**NON-NEGOTIABLE**

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.
NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx    Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 04/28/21 to 05/04/21
Check Date: 05/07/21    Check #: 14115

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 136 | 548.78 | 11585.39 |
| NET PAY | 548.78 | 11585.39 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 572.14 | | 13360.96 |
| Hourly | M45.60 | | | M904.10 | |
| Overtime | | | 41.27 | | 1414.42 |
| Overtime | M5.60 | | | M192.10 | |
| Holiday | | | | | 112.48 |
| Holiday | | | | M8.00 | |
| Sick | | | | | 224.96 |
| Sick | | | | M16.00 | |
| Total Hours | 51.20 | | | 1120.20 | |
| Gross Earnings | | | 713.41 | | 15132.82 |
| Total Hrs Worked | 51.20 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 44.23 | 938.23 |
| Medicare | | 10.35 | 219.43 |
| Fed Income Tax | S 0 | 72.67 | 1610.57 |
| CO Income Tax | S 0 | 29.00 | 628.00 |
| TOTAL | | 156.25 | 3396.23 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Union Dues | 8.40 | 151.20 |
| TOTAL | 8.40 | 151.20 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 548.78 | 11585.39 |

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500 DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

### PERSONAL AND CHECK INFORMATION
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx    Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 05/05/21 to 05/11/21
Check Date: 05/14/21    Check #: 14138

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 555.28 | 12140.67 |
| NET PAY | 555.28 | 12140.67 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 604.39 | | 13985.35 |
| Hourly | M40.80 | | | M944.90 | |
| Overtime | | | 5.90 | | 1420.32 |
| Overtime | M0.80 | | | M192.90 | |
| Holiday | | | | | 112.48 |
| Holiday | | | | M8.00 | |
| Sick | | | 112.48 | | 337.44 |
| Sick | M8.00 | | | M24.00 | |
| Total Hours | 49.60 | | | 1169.60 | |
| Gross Earnings | | | 722.77 | | 15855.59 |
| Total Hrs Worked | 41.60 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 44.82 | 983.05 |
| Medicare | | 10.48 | 229.91 |
| Fed Income Tax | S 0 | 73.79 | 1684.36 |
| CO Income Tax | S 0 | 30.00 | 658.00 |
| TOTAL | | 159.09 | 3555.32 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Union Dues | 8.40 | 159.60 |
| TOTAL | 8.40 | 159.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 555.28 | 12140.67 |

0942 1605-4060 Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-8278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500    DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

**NON-NEGOTIABLE**

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Michael A Romero | | |
| 2010 East 6th Street | | |
| Pueblo, CO 81001 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: RO7500 | | |
| Home Department: 12 Yard | | |
| Pay Period: 05/12/21 to 05/18/21 | | |
| Check Date: 05/21/21    Check #: 14189 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 681.35 | 12822.02 |
| **NET PAY** | **681.35** | **12822.02** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | 793.57 | | 14778.92 |
| | Hourly | M53.50 | | | M998.40 | |
| | Overtime | | | 99.50 | | 1519.82 |
| | Overtime | M13.50 | | | M206.40 | |
| | Holiday | | | | | 112.46 |
| | Holiday | | | | M6.00 | |
| | Sick | | | | | 337.44 |
| | Sick | | | | M24.00 | |
| | Total Hours | 67.00 | | | 1236.80 | |
| | Gross Earnings | | | 893.07 | | 16748.66 |
| | Total Hrs Worked | 67.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 55.37 | 1038.42 |
| | Medicare | | 12.95 | 242.86 |
| | Fed Income Tax | S 0 | 98.00 | 1782.36 |
| | CO Income Tax | S 0 | 37.00 | 695.00 |
| | **TOTAL** | | **203.32** | **3758.64** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Union Dues | 8.40 | 168.00 |
| | **TOTAL** | **8.40** | **168.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 681.35 | 12822.02 |

*Payrolls by Paychex, Inc.*

0942 1605-4060  Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-8278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500   DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

### PERSONAL AND CHECK INFORMATION

Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx   Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 05/19/21 to 05/25/21
Check Date: 05/28/21   Check #: 14211

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 665.53 | 13487.55 |
| NET PAY | 665.53 | 13487.55 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 780.00 | | 15558.92 |
| Hourly | M52.10 | | | M1050.50 | |
| Overtime | | | 89.17 | | 1608.99 |
| Overtime | M12.10 | | | M218.50 | |
| Holiday | | | | | 112.48 |
| Holiday | | | | M8.00 | |
| Sick | | | | | 337.44 |
| Sick | | | | M24.00 | |
| Total Hours | 64.20 | | | 1301.00 | |
| Gross Earnings | | | 869.17 | | 17617.83 |
| Total Hrs Worked | 64.20 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 53.89 | 1092.31 |
| Medicare | | 12.60 | 255.46 |
| Fed Income Tax | S 0 | 92.75 | 1875.11 |
| CO Income Tax | S 0 | 36.00 | 731.00 |
| TOTAL | | 195.24 | 3953.88 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Union Dues | 8.40 | 176.40 |
| TOTAL | 8.40 | 176.40 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 665.53 | 13487.55 |

0942 1605-4060 Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-8278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500  DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

**PERSONAL AND CHECK INFORMATION**
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx   Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 05/26/21 to 06/01/21
Check Date: 06/04/21   Check #: 14260

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 494.58 | 13982.13 |
| NET PAY | 494.58 | 13982.13 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 512.05 | | 16070.97 |
| Hourly | M34.40 | | | M1084.90 | |
| Overtime | | | 17.69 | | 1626.68 |
| Overtime | M2.40 | | | M220.90 | |
| Holiday | | | 112.48 | | 224.96 |
| Holiday | M8.00 | | | M16.00 | |
| Sick | | | | | 337.44 |
| Sick | | | | M24.00 | |
| Total Hours | 44.80 | | | 1345.80 | |
| Gross Earnings | | | 642.22 | | 18260.05 |
| Total Hrs Worked | 36.80 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 39.81 | 1132.12 |
| Medicare | | 9.31 | 264.77 |
| Fed Income Tax | S 0 | 64.12 | 1939.23 |
| CO Income Tax | S 0 | 26.00 | 757.00 |
| TOTAL | | 139.24 | 4093.12 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Union Dues | 8.40 | 184.80 |
| TOTAL | 8.40 | 184.80 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 494.58 | 13982.13 |

0942 1605-4060 Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-8278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500   DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

**PERSONAL AND CHECK INFORMATION**
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx   Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 06/02/21 to 06/08/21
Check Date: 06/11/21   Check #: 14283

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 597.87 | 14580.00 |
| NET PAY | 597.87 | 14580.00 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 641.18 | | 16712.15 |
| Hourly | M43.50 | | | M1128.40 | |
| Overtime | | | 24.61 | | 1651.29 |
| Overtime | M3.50 | | | M224.40 | |
| Holiday | | | | | 224.96 |
| Holiday | | | | M16.00 | |
| Sick | | | 112.48 | | 449.92 |
| Sick | M8.00 | | | M32.00 | |
| Total Hours | 55.00 | | | 1400.80 | |
| Gross Earnings | | | 778.27 | | 19038.32 |
| Total Hrs Worked | 47.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 48.26 | 1180.38 |
| Medicare | | 11.29 | 276.06 |
| Fed Income Tax | S 0 | 80.45 | 2019.68 |
| CO Income Tax | S 0 | 32.00 | 789.00 |
| TOTAL | | 172.00 | 4265.12 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Union Dues | 8.40 | 193.20 |
| TOTAL | 8.40 | 193.20 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 597.87 | 14580.00 |

Payroll by Paychex, Inc.

0942 1605-4060 Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-8278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500  DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

**PERSONAL AND CHECK INFORMATION**
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx    Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 06/09/21 to 06/15/21
Check Date: 06/18/21    Check #: 14333

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 703.65 | 15283.65 |
| **NET PAY** | **703.65** | **15283.65** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 819.27 | | 17531.42 |
| Hourly | | M54.70 | | M1183.10 | |
| Overtime | | | 108.34 | | 1759.63 |
| Overtime | | M14.70 | | M239.10 | |
| Holiday | | | | | 224.96 |
| Holiday | | | | M16.00 | |
| Sick | | | | | 449.92 |
| Sick | | | | M32.00 | |
| **Total Hours** | 69.40 | | | 1470.20 | |
| **Gross Earnings** | | | 927.61 | | 19965.93 |
| Total Hrs Worked | 69.40 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 57.51 | 1237.89 |
| Medicare | | 13.45 | 289.51 |
| Fed Income Tax | S 0 | 105.60 | 2125.28 |
| CO Income Tax | S 0 | 39.00 | 828.00 |
| **TOTAL** | | 215.56 | 4480.68 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Union Dues | 8.40 | 201.60 |
| **TOTAL** | 8.40 | 201.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 703.65 | 15283.65 |

0942 1605-4060 Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-8278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500  DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

**PERSONAL AND CHECK INFORMATION**
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx   Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 06/16/21 to 06/22/21
Check Date: 06/25/21   Check #: 14356

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 712.79 | 15996.44 |
| NET PAY | 712.79 | 15996.44 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 832.22 | | 18363.64 |
| Hourly | M54.90 | | | M1238.00 | |
| Overtime | | | 109.81 | | 1869.44 |
| Overtime | M14.90 | | | M254.00 | |
| Holiday | | | | | 224.96 |
| Holiday | | | | M16.00 | |
| Sick | | | | | 449.92 |
| Sick | | | | M32.00 | |
| Total Hours | 69.80 | | | 1540.00 | |
| Gross Earnings | | | 942.03 | | 20907.96 |
| Total Hrs Worked | 69.80 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 58.40 | 1296.29 |
| Medicare | | 13.66 | 303.17 |
| Fed Income Tax | S 0 | 108.78 | 2234.06 |
| CO Income Tax | S 0 | 40.00 | 868.00 |
| TOTAL | | 220.84 | 4701.52 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Union Dues | 8.40 | 210.00 |
| TOTAL | 8.40 | 210.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 712.79 | 15996.44 |

0942 1605-4060 Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-8278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500   DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

### PERSONAL AND CHECK INFORMATION
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx    Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 06/23/21 to 06/29/21
Check Date: 07/02/21   Check #: 14404

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 661.72 | 16658.16 |
| NET PAY | 661.72 | 16658.16 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 772.36 | | 19136.00 |
| Hourly | M52.40 | | | M1290.40 | |
| Overtime | | | 91.39 | | 1960.83 |
| Overtime | M12.40 | | | M266.40 | |
| Holiday | | | | | 224.96 |
| Holiday | | | | M16.00 | |
| Sick | | | | | 449.92 |
| Sick | | | | M32.00 | |
| Total Hours | 64.80 | | | 1604.80 | |
| Gross Earnings | | | 863.75 | | 21771.71 |
| Total Hrs Worked | 64.80 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 53.56 | 1349.85 |
| Medicare | | 12.52 | 315.69 |
| Fed Income Tax | S 0 | 91.55 | 2325.61 |
| CO Income Tax | S 0 | 36.00 | 904.00 |
| TOTAL | | 193.63 | 4895.15 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Union Dues | 8.40 | 218.40 |
| TOTAL | 8.40 | 218.40 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 661.72 | 16658.16 |

0942 1605-4060 Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-8278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500  DD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

**PERSONAL AND CHECK INFORMATION**
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx   Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 06/30/21 to 07/06/21
Check Date: 07/09/21   Check #: 14426

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 405.64 | 17063.80 |
| **NET PAY** | **405.64** | **17063.80** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | 516.92 | | 19652.92 |
| Hourly | M33.70 | | | M1324.10 | |
| Overtime | | | 13.12 | | 1973.95 |
| Overtime | M1.70 | | | M268.10 | |
| Holiday | | | 118.00 | | 342.96 |
| Holiday | M8.00 | | | M24.00 | |
| Sick | | | 59.00 | | 508.92 |
| Sick | M4.00 | | | M36.00 | |
| Total Hours | 47.40 | | | 1652.20 | |
| Gross Earnings | | | 707.04 | | 22478.75 |
| Total Hrs Worked | 35.40 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 43.83 | 1393.68 |
| Medicare | | 10.25 | 325.94 |
| Fed Income Tax | S 0 | 71.90 | 2397.51 |
| CO Income Tax | S 0 | 29.00 | 933.00 |
| **TOTAL** | | **154.98** | **5050.13** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 138.02 | 7032.22 | 138.02 |
| Union Dues | 8.40 | | 226.80 |
| **TOTAL** | **146.42** | | **364.82** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 405.64 | 17063.80 |

0942 1605-4060 Summit Pressed Brick & Tile Co • 601 E 13Th St • Pueblo CO 81001 • (719) 542-6278

SUMMIT PRESSED BRICK & TILE CO
601 E 13Th St
Pueblo CO 81001

1605-4060
ORG1:12 Yard
EE ID: RO7500   CD

MICHAEL A ROMERO
2010 EAST 6TH STREET
PUEBLO CO 81001

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

**PERSONAL AND CHECK INFORMATION**
Michael A Romero
2010 East 6th Street
Pueblo, CO 81001
Soc Sec #: xxx-xx-xxxx    Employee ID: RO7500

Home Department: 12 Yard

Pay Period: 07/07/21 to 07/13/21
Check Date: 07/16/21    Check #: 14475

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 441.28 | 17505.08 |
| NET PAY | 441.28 | 17505.08 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | 620.30 | | 20273.22 |
| | Hourly | M40.20 | | | M1384.30 | |
| | Overtime | | | 1.48 | | 1975.43 |
| | Overtime | M0.20 | | | M266.30 | |
| | Holiday | | | | | 342.86 |
| | Holiday | | | | M24.00 | |
| | Sick | | | | | 608.92 |
| | Sick | | | | M36.00 | |
| | Vacation | | | 148.16 | | 148.16 |
| | Vacation | M8.00 | | | M8.00 | |
| | Total Hours | 48.40 | | | 1700.60 | |
| | Gross Earnings | | | 769.94 | | 23248.69 |
| | Total Hrs Worked | 40.40 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| | Social Security | | 47.74 | | 1441.42 |
| | Medicare | | 11.17 | | 337.11 |
| | Fed Income Tax | S 0 | 79.45 | | 2476.96 |
| | CO Income Tax | S 0 | 32.00 | | 965.00 |
| | TOTAL | | 170.36 | | 5220.49 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Garnishment | 149.80 | 8882.32 | 287.92 |
| | Union Dues | 9.40 | | 235.20 |
| | TOTAL | 159.30 | | 523.12 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 441.28 | 17505.08 |

Payrolls by Paychex, Inc.

0942 1605-4060 Summit Pressed Brick & Tile Co · 601 E 13Th St · Pueblo CO 81001 · (719) 542-8278