Certificate Number: 13858-CO-DE-036000149

Bankruptcy Case Number: 21-13932



13858-CO-DE-036000149

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 17, 2021</u>, at <u>7:26</u> o'clock <u>PM MDT</u>, <u>Michael Anthony Romero, V</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date:   <u>September 17, 2021</u>          By:   <u>/s/Shauna B. Curtsinger</u>

                                        Name:  <u>Shauna B. Curtsinger</u>

                                        Title: <u>Counselor</u>